UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
APR - 1 2013
RECEIVED

# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED APR - 1 2013
CLERK

Case Caption: FirstEnergy Solutions Corp.
Calpine Corporation
PSEG Power LLC
Petitioners

13-1102

Case Number:

v.

U.S. Environmental Protection Agency
Respondent

## PETITION FOR REVIEW OF AN AGENCY, BOARD, COMMISSION, OR OFFICER

Notice is hereby given this the 1st day of April 20 13 that petitioner(s) FirstEnergy Solutions Corp., PSEG Power LLC, Calpine Corporation hereby petitions the United States Court of Appeals for the District of Columbia Circuit for review of the order of the respondent(s) U.S. Environmental Protection Agency entered the 30th day of January 20 13.

Attorney for Petitioner(s)/Pro Se Party,

David W. DeBruin

Jenner & Block, LLP

Address: 1099 New York Avenue NW, Suite 900

Washington, DC 20001

Telephone: (202) 639-6015




**CORPORATE DISCLOSURE STATEMENTS**

Pursuant to D.C. Circuit Rule 26.1 and Federal Rule of Appellate Procedure 26.1, the Petitioners respectfully submit the following corporate disclosure statements:

13-1102

**PSEG Power LLC** is a wholesale energy supply company that integrates its generation asset operation with its wholesale energy, fuel supply, energy trading and marketing, and risk management functions. It is a wholly-owned, direct subsidiary of Public Service Enterprise Group Incorporated, which is a publicly-held company trading on the New York Stock Exchange under the symbol PEG. No publicly-held company has a 10 percent or greater ownership interest in Public Service Enterprise Group.

**Calpine Corporation** is an independent power producer that generates electricity and steam for its customers at 92 power plants in 20 states and Canada. It specializes in developing, constructing, owning and operating natural gas-fired and renewable geothermal power plants. It is a publicly-held company, trading on the New York Stock Exchange under the symbol CPN. Calpine Corporation has no parent company, and no publicly-held company has a 10 percent or greater ownership interest in it.

**FirstEnergy Solutions Corp.** provides wholesale and retail energy and related products to customers located primarily in the Northeast, Mid-Atlantic, and Midwest regions. It is a wholly-owned subsidiary of FirstEnergy Corp., a diversified energy company whose ten electric utility operating companies comprise one of the nation's largest investor-owned electric systems, serving customers in Maryland, New Jersey, Ohio, Pennsylvania, Virginia, and West Virginia. FirstEnergy Corp. is a publicly-held corporation, trading on the New York Stock Exchange under the symbol FE. FirstEnergy Corp. has no parent company, and no company owns more than 10 percent of the stock in FirstEnergy Corp.

Dated: April 1, 2013

Respectfully submitted,

/s/ David W. DeBruin

David W. DeBruin
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
(202) 639-6015
ddebruin@jenner.com